■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE DERUGGIERO, Appellant. [716 NYS2d 607] Application

by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 19, 1997 (*People v De-Ruggiero*, 239 AD2d 517), affirming a judgment of the County Court, Westchester County, rendered November 10, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Mangano, P. J., S. Miller, Krausman and Florio, JJ. concur.